UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JS and MS for AS,**

        Plaintiffs

vs.

**BOARD OF EDUCATION FOR SCHAUMBURG SCHOOL DISTRICT #54, ET AL**

        Defendants

**Case No. 18 CV 818**

**HON. JOHN ROBERT BLAKEY**

---

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

To:   Franczek Radelet, LLP              Illinois Attorney General
       300 S. Wacker Drive. Suite 3400    100 Randolph Street, 12th Floor
       Chicago, Illinois 60606                Chicago, IL. 60601
       Attn. Darcy L. Kriha, Esq.

PLEASE TAKE NOTICE that on January 10, 2018, I filed and served the attached Plaintiffs. Emergency Motion for a Temporary Restraining Oder with the Clerk of the United States District Court and upon the above named attorneys via the ECF system at the addresses listed above.

I shall appear before the Honorable John Robert Blakey at the U.S. District Court, 219 S. Dearborn Street, courtroom 1725 on January 12, 2018 at 11:00 a.m. to present this motion, at which time you may be present if you so desire.

I certify that this notice is served on the 10th day of January, 2018.

By:   S/ Steven Glink
      STEVEN E. GLINK

LAW OFFICE OF STEVEN E. GLINK, ARDC # 6180869
ATTORNEY FOR PLAINTIFFS
3338 COMMERCIAL AVENUE
NORTHBROOK, ILLINOIS 60062
847/480-7749 (VOICE)
847/480-9501 (FACSIMILE)