# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

A.S.

                              Plaintiff,

v.                              Case No.: 1:18−cv−00181

                              Honorable John Robert Blakey

Board of Education for Schaumburg School District # 54, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 12, 2018:

      MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 1/12/2018. Based upon the representation of the parties, Plaintiff's emergency motion for temporary restraining order [3] is continued to 1/18/2018 at 3:00 p.m. in Courtroom 1203. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.