# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

A.S.

                                             Plaintiff,

v.                                                                              Case No.: 1:18−cv−00181

                                                                             Honorable John Robert Blakey

Board of Education for Schaumburg School District # 54, et al.

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 17, 2018:

       MINUTE entry before the Honorable John Robert Blakey: On the Court's own motion, the motion hearing previously set for 1/18/2018 is reset for 1/24/2018 at 10:30 a.m. in Courtroom 1203. A telephonic status is set for 11:00 a.m., on 1/22/2018. The parties should contact the Courtroom Deputy at 312−818−6699, to arrange for the telephonic appearance. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.