UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

A.S.

                Plaintiff,

v.

Case No.: 1:18−cv−00181
Honorable John Robert Blakey

Board of Education for Schaumburg School District # 54, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 22, 2018:

      MINUTE entry before the Honorable John Robert Blakey: Status hearing held on 1/22/2018, telephonically. Based upon the representations and agreement of counsel. Plaintiff's motion for temporary restraining order [3] is continued for 4/26/2018 at 10:00 a.m. in Courtroom 1203. If the matter is not resolved by settlement prior to the next court date, then the Court shall set a briefing schedule at the 4/26/2018 hearing. Motion hearing previously set for 1/24/2018, is stricken. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.